IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY DESHAWN LAMAR
ADC # 120479                                                                                    PLAINTIFF

V.                            CASE NO. 5:14CV00345-JM-BD

CONNIE HUBBARD
AND MICHELINE OLSON                                                                 DEFENDANTS

## ORDER

In this civil rights lawsuit, Plaintiff Anthony Deshawn Lamar was granted *in forma pauperis* status on September 15, 2014. Summons directed to Defendant Micheline Olson was returned to the court unexecuted by counsel for Correct Care Solutions, the medical contractor for the Arkansas Department of Correction. Counsel states that Ms. Olson is no longer employed by Correct Care Solutions and that counsel cannot accept service of process for her. Counsel has provided Ms. Olson's last-known address under seal, however. (Docket entry 7)

The Clerk of Court is directed to re-issue summons for Ms. Olson at her last-known address, as provided under seal. The United States Marshal is directed to serve the summons, with a copy of the complaint (#2) and any attachments, without requiring prepayment of fees and costs or the posting of security.

IT IS SO ORDERED this 10th day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE