# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ANTHONY DESHAWN LAMAR  
ADC #120479                                                                                          PLAINTIFF

V.                                   NO. 5:14-CV-00345 JM-BD

CONNIE HUBBARD                                                                                  DEFENDANT

## ORDER

Defendant Hubbard has moved for summary judgment on all claims. (Docket entry #74)  Mr. Lamar now has an opportunity to file a response opposing the motion.  To be considered, the response must be filed within fourteen (14) days of this Order.

In opposing the motion for summary judgment, Mr. Lamar may attach affidavits that he or others have signed.  Because affidavits are sworn statements, they must be either notarized or declared under penalty of perjury (see 28 U.S.C. § 1746).  Unsworn statements will not be considered in deciding the motion for summary judgment.  And to be considered, an affidavit must be based on the personal knowledge of the person who signs it.

If Mr. Lamar files a response, he must also file a separate, short statement setting forth the disputed facts that he believes must be decided at a trial.  See Local Rule 56.1, Rules of the United States District Court for the Eastern District of Arkansas.  While Mr. Lamar is not required to file a response to the Defendant's motion for summary judgment, if he does not respond, the Court can assume that the facts set out in the Defendant's Statement of Facts (#75) are true.

IT IS SO ORDERED, this 18th day of September, 2015.

```
                        _____
                        UNITED STATES MAGISTRATE JUDGE
```