# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ANTHONY DESHAWN LAMAR**  
**ACD# 120479**                                                                                                  **PLAINTIFF**

**V.**                          **CASE NO. 5:14-CV-00345-JM/BD**

**CONNIE HUBBARD**                                                                                                  **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Lamar's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Anthony Deshawn Lamar's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 5th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE